**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                    4:08CR00336-1 SWW

ANTHONY OBI, JR.

**<u>ORDER</u>**

Pending before the Court is Defendant's Motion for Bond.  (Docket entry #24.)  Before

addressing the merits of the Motion, the Court will review the pertinent procedural history.

Defendant is charged with: (1) possession with intent to distribute cocaine base; (2)

possession with intent to distribute cocaine; (3) possession with intent to distribute marijuana; and

(4) possession of firearms in furtherance of a drug trafficking crime. (Docket entry #3.)  On

September 17, 2008, Defendant appeared for his plea and arraignment, and the Court conducted a

detention hearing.  (Docket entry #8.)

At the conclusion of the detention hearing, the Court advised Defendant that this was a

presumption case, and that the Government had presented strong evidence in support of detention.

Nonetheless, in light of Defendant's age (19) and his parents' consent to act as third-party

custodians, the Court allowed Defendant to be released on conditions.  Furthermore, the Court

admonished Defendant that any violation of his conditions would result in detention. The Court then

released Defendant on an OR bond, to the third-party custody of his parents.  (Docket entry #9.)

On November 13, 2008, the Government moved to revoke Defendant's bond, based on: (1)

Defendant's failure to report to his Pretrial Services Officer ("PTSO"); (2) a positive drug test for

marijuana; and (3) failure to submit to drug testing.  (Docket entry #15.)  When Defendant appeared

for his bond revocation hearing on November 18, 2008, he tested positive for marijuana. (Docket entry #18.) During a rescheduled bond revocation hearing on November 26, 2008, Defendant admitted to the alleged violations, and that he used marijuana every other day.

On November 26, 2008, the Court entered an Order revoking Defendant's bond. (Docket entry #20.) Based on Defendant's repeated violations over the course of 2 months, the Court found that Defendant was unlikely to abide by any condition or combination of conditions that it could impose. *Id.*

In his Motion for Bond, Defendant argues that release is appropriate because: (1) he has been detained for 4 months; (2) he is 19-years old; and (3) he is repentant for his prior actions. (Docket entry #24.) The Government opposes Defendant's request, and argues that Defendant has not come forward with any new evidence warranting bond. (Docket entry #25.)

The Court agrees with the Government. Defendant has not come forward with any new evidence or change in circumstances that warrants a revisitation of the bond issue.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Bond (docket entry #24) is DENIED.

DATED this 27th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE