# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:08CR00336-01 SWW |
| | * | |
| ANTHONY OBI, JR. | * | |

## ORDER

On March 31, 2021, the Court held a hearing on the United States' superseding motion [ECF No. 103] to revoke the supervised release previously granted Defendant. Defendant had consented in writing to participate in the hearing via video teleconference and was present at the hearing by video. Also present was Defendant's attorney, William Daniel Shelton, Jr., and Assistant United States Attorney Michael Gordon for the Government. Based on the agreement of the parties, the Court found that Defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Government's motion to revoke supervised release [ECF No. 103] is **GRANTED**, and the supervised release previously granted Defendant is **REVOKED.** The Government's superseding motion replaces the original motion to revoke [ECF 93], which is therefore moot.

IT IS FURTHER ORDERED that Defendant shall serve a ***term of imprisonment of FIVE (5) MONTHS*** in the custody of the Bureau of Prisons, to run concurrent with the term of imprisonment imposed in *United States v. Anthony Obi, Jr.*, case number 4:19CR631-01 JM (E.D. Ark). If Defendant's conviction or the sentence imposed in case number 4:19CR631-01 JM is reversed on appeal, Defendant must still serve the five-month sentence imposed in this case.

The Court recommends that Defendant be incarcerated at Texarkana, Texas, so that he may be close to family.

There will be ***NO*** supervised release to follow.

Defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2021.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE